IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK SOTO a/k/a ERIC SOTO, | : |
| | : |
| v. | : CIVIL NO. 23-4203 |
| | : |
| KATHY BRITTAIN, *et al.*, | : |

### ORDER

**AND NOW**, this **7th** day of **February 2025**, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), the Amended Petition (ECF No. 4), the Response to the Petition (ECF No. 14), the Report and Recommendation filed by United States Magistrate Judge Scott W. Reid (ECF No. 15), the Petitioner's Objections to the Report and Recommendation (ECF No. 19), and after a thorough and independent review of the record, it is so **ORDERED** that:

1. The Petitioner's Objections are **OVERRULED**;
2. The Report and Recommendation is **APPROVED AND ADOPTED**;
3. The Petition for Writ of Habeas Corpus is **DISMISSED as untimely**; and
4. No certificate of appealability shall issue as there has been no substantial showing of the denial of a constitutional right.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge